CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff, SCOTT JOHNSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br>　　v.<br><br>JAFAR KANGARLOO, in individual and representative capacity as trustee of the Kangarloo Family 2002 Trust dated June 6, 2002;<br>NASRIN KANGARLOO, in individual and representative capacity as trustee of the Kangarloo Family 2002 Trust dated June 6, 2002;<br>TOFAN ENTERPRISES LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 5:19-CV-02672-EJD<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

Dated: January 05, 2020　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　　By: /s/ Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　　Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff