CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

JUDY C. TSAI (SBN: 158244)
judy@judytsai.com
LAW OFFICE OF JUDY TSAI
710 Lakeway Drive, Suite 180
Sunnyvale, CA 94085
Telephone: (408) 775-8848
Facsimile: (408) 775-8838
Attorneys for Defendant
Jafar Kangarloo, Nasrin Kangarloo and Tofan Enterprises LLC

APPROVED
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JAFAR KANGARLOO, in individual and representative capacity as trustee of the Kangarloo Family 2002 Trust dated June 6, 2002; NASRIN KANGARLOO, in individual and representative capacity as trustee of the Kangarloo Family 2002 Trust dated June 6, 2002; TOFAN ENTERPRISES LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 5:19-CV-02672-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 16, 2020     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff

Dated: March 16, 2020     LAW OFFICE OF JUDY TSAI

By: /s/ Judy C. Tsai
    Judy C. Tsai
    Attorneys for Defendant
    Jafar Kangarloo, Nasrin Kangarloo
    and Tofan Enterprises LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Judy C. Tsai , counsel for Jafar Kangarloo, Nasrin Kangarloo and Tofan Enterprises LLC, and that I have obtained Ms. Tsai 's authorization to affix her electronic signature to this document.

Dated: March 16, 2020           CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Lockhart Seabock
                                    Amanda Lockhart Seabock
                                    Attorneys for Plaintiff